IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JERRY McKEE**  **PLAINTIFF**
ADC #174370

V.  CASE NO. 4:20-cv-01406 JM

**SOCIAL SECURITY ADMINISTRATION**  **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This dismissal counts as a "strike" and the Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 7th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE